**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 Jermaine Nathaniel Glynn,

                              Plaintiff,

             -against-                                          26 **CIVIL** 3156 (GBD)

                                                               **JUDGMENT**

Splane et al.,

                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 21, 2026, the Court dismisses this action under 28 U.S.C.

§ 1915(e)(2)(B) (i)-(ii). The Court warns Plaintiff that bringing vexatious or frivolous litigation

in this Court may result in an order barring Plaintiff from filing new actions in forma pauperis.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

        April 22, 2026

                                                       **TAMMI M. HELLWIG**
                                         _____
                                                        **Clerk of Court**

                              **BY:**                  K. mango
                                         _____
                                                        **Deputy Clerk**